# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 17-70181-JAD
**Kyle L. Johnston,** :
: Chapter 13
**Debtor** :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of July, 2017, a true and correct copy of the Order dated July 26, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

>RESCAR COMPANIES
>1101 31ST STREET, SUITE 250
>DOWNERS GROVE, IL 60515

>KYLE L. JOHNSTON
>16 TREASURE LAKE
>DU BOIS, PA 15801

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: July 27, 2017

Respectfully submitted,
　/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor