# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| **Debtor:** | KYLE L JOHNSTON |
| **Case Number:** | 17-70181-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 07, 2017 02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/8/17 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#11 - Final Confirmation of Plan Dated 3/28/2017 (NFC)
R / M #:  11 / 0

**_Appearances:_**

Debtor: _Seitz_
Trustee: Winnecour / Bedford / Pail / Katz  (Pail circled)
Creditor:

_Still awaiting 2016 tax return._

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __11/2/17__ at __2:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/31/2017   2:13:55PM