# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | KYLE L JOHNSTON |
| Case Number: | 17-70181-JAD   Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 02, 2017 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/3/17 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#11 - Continued Confirmation of Plan Dated 3/28/2017 (NFC)
R / M #:   11 / 0

### *Appearances:*

Debtor: Seitz
Trustee: Winnecour / Bedford / Pail / **Katz**
Creditor:

*Still waiting for 2016 tax return*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/16/17 at 2:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: