# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      : Case No. 17-70181-JAD
**Kyle L. Johnston,**                 :
                                      : Chapter 13
    **Debtor**                        :
                                      :
                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 8th day of June, 2018, a true and correct copy of the Order dated June 7, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> RESCAR COMPANIES
> 1101 31ST STREET, SUITE 250
> DOWNERS GROVE, IL 60515
>
> KYLE L. JOHNSTON
> 16 TREASURE LAKE
> DU BOIS, PA 15801

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 8, 2018

Respectfully submitted,
　/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor