IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70181-JAD |
| Kyle L. Johnston, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Kyle L. Johnston, | : | Docket No. 53 |
| Movant | : | |
| | : | Filed Under Local Bankruptcy |
| vs. | : | Rule 9013.4 Para. 6(c) |
| | : | |
| Rescar Companies | : | |
| 1101 31st Street, Suite 250 | : | |
| Downers Grove, IL 60515 | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-3877 | : | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with Rescar Companies, 1101 31st Street, Suite 250, Downers Grove, IL 60515 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __7th__ day of _____June_____, 2018.

_____ sjk
Jeffery A. Deller
Chief United States Bankruptcy Judge

FILED
6/7/18 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-70181-JAD
Kyle L Johnston                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala            Page 1 of 1           Date Rcvd: Jun 07, 2018
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db             Kyle L Johnston,    16 Treasure Lake/2910 Bay Road,    Du Bois, PA   15801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com
              James  Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Kyle L Johnston thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5