**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Kyle L. Johnston, | : <br> : | Case No. 17-70181-JAD |
| Debtor | : | Chapter 13 |
| | : | |
| Kyle L. Johnston, | : | Docket No. |
| Movant | : | |
| | : | Filed Under Local Bankruptcy |
| vs. | : | Rule 9013.4 Para. 6(c) |
| | : | |
| White's Welding, LLC<br>P.O. Box 1761<br>Woodward, OK 73802 | :<br>:<br>: | |
| Respondent | : | Related to Doc. #70 |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee, | :<br>: | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-3877 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with White's Welding, LLC, P.O. Box 1761, Woodward, OK 73802 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __24th__ day of ____October____, 2019.

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/24/19 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 17-70181-JAD
Kyle L Johnston                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: bsil              Page 1 of 1           Date Rcvd: Oct 24, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
db           Kyle L Johnston,   16 Treasure Lake/2910 Bay Road,   Du Bois, PA  15801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
          Celine P. DerKrikorian    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Kyle L Johnston thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 6