# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

FILED

### CONCILIATION CONFERENCE MINUTES

2020 JAN 17  AM 11: 44

U.S. BANKRUPTCY COURT
PITTSBURGH

## Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | KYLE L JOHNSTON | | |
| **Case Number:** | 17-70181-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 16, 2020 11:00 AM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

## Matter:

- Trustee's Certificate of Default to Dismiss
- Response filed 10/23/2019 by Debtor @ Doc. #69

**R / M #:**  66 / 0

## Appearances:

Debtor:  *Seitz*
Trustee:  Winnecour  /  Pail  /  Katz  / (DeSimone)

Creditor:
Debtor:
Trustee:  Winnecour  /  Pail  /  Katz  /  DeSimone

Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to _3/12/20_ at _2:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

*continue for payments.*