# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** KYLE L JOHNSTON
**Case Number:** 17-70181-JAD          **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 12, 2020 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#66 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  66 / 0

FILED
3/19/20 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:

**Debtor:** Seitz
**Trustee:** Winnecour / Pail / Katz / **DeSimone** (circled)
**Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

no defense to dismissal.
see COD order, attached

3/5/2020      12:12:30PM