**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kyle L Johnston** : Case No. 17−70181−JAD
*Debtor(s)* : Chapter: 13
:
:
:
: Related to Doc. No. 66
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 19th of March, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kyle L Johnston
     Debtor

Case No. 17-70181-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Mar 19, 2020
                     Form ID: 309     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
```
db              Kyle L Johnston,    16 Treasure Lake/2910 Bay Road,    Du Bois, PA   15801
14377856       +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14377857        Lacey Renee Allen,    2910 Bay Road/16 Treasure Lake,    Du Bois, PA 15801
15029417       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14377858       +Pacific Union Financial,    1603 LBJ Freeway, Suite 500,    Dallas, TX 75234-6071
14650979       +Pacific Union Financial, LLC,    1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14681616       +EDI: CINGMIDLAND.COM Mar 20 2020 07:08:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO   LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
14672906       +EDI: MID8.COM Mar 20 2020 07:08:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
14681458        EDI: PRA.COM Mar 20 2020 07:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                               TOTAL: 3
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Pacific Union Financial, LLC
cr              Pacific Union Financial, LLC
                                                                                               TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
```
              Celine P. DerKrikorian    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Kyle L Johnston thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```