**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KYLE L JOHNSTON                         Case No.:17-70181 JAD

          Debtor(s)

  Ronda J. Winnecour                  Document No.:
          Movant
          vs.
  No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/09/2017  and confirmed on 07/24/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,342.26 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,337.26 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,648.00 | |
| Trustee Fee | 1,677.42 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,325.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 31,855.53 | 0.00 | 31,855.53 |
| Acct: 0208 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 17,085.63 | 1,156.31 | 0.00 | 1,156.31 |
| Acct: 0208 | | | | |
| | | | | 33,011.84 |

| Priority | | | | |
|---|---:|---:|---:|---:|
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KYLE L JOHNSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KYLE L JOHNSTON | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| 17-70181 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| MIDLAND FUNDING LLC | 533.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1293 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 438.08 | 0.00 | 0.00 | 0.00 |
| Acct: 5237 | | | | |
| AT & T MOBILITY II LLC | 999.74 | 0.00 | 0.00 | 0.00 |
| Acct: 8964 | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 60CD | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 60CD | | | | |
| LACEY ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS       33,011.84

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 17,085.63 |
| UNSECURED | 1.971.75 |

Date: 04/08/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com